SHANE W. CLAYTON, ESQ.
Nevada Bar No. 8783
**DURHAM JONES & PINEGAR**
10785 W. Twain Avenue, Suite 200
Las Vegas, Nevada  89135
Tele: (702) 870-6060
Fax: (702) 870-6090
sclayton@djplaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT L. BOLICK, an individual, | CASE NO.: 2:15-CV-00177-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR WITHDRAWAL OF MOTION FOR ATTORNEY FEES, TO VACATE AWARD OF COSTS AND FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ROBERT A. PASIONEK, an individual:DOE individuals I – X; ROE Corporations I – X. | |
| Defendants. | |

Plaintiff Robert L. Bolick ("Bolick") and Defendant Robert A. Pasionek ("Pasionek"), by and through their respective counsel of record, hereby stipulate and agree that Pasionek's Motion for Attorney Fees (Doc. #25) is withdrawn and that this matter should be dismissed with prejudice.  Pasionek and Bolick further agree that Pasionek's award of costs (Doc. #31) should be vacated and this matter may be closed, with each side to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LV_324622.1

**IT IS SO AGREED AND STIPULATED:**

DATED: May 28, 2015

DURHAM JONES & PINEGAR

 /s/ *Shane W. Clayton*
Shane W. Clayton, Esq.
Nevada Bar No. 8783
sclayton@djplaw.com
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Telephone: (702) 870-6060
Facsimile: (702) 870-6090
*Attorney for Robert L. Bolick*

DATED: May 28, 2015

GORDON & SILVER

 /s/ *Michael N. Feder*
Michael N. Feder, Esq.
Nevada Bar No. 7332
mfeder@gordonsilver.com
Gabriel A. Blumberg, Esq.
Nevada Bar No. 12332
gblumberg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666
*Attorneys for Robert A. Pasionek*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 2, 2015

LV_324622.1

**DURHAM JONES & PINEGAR**
10785 W. Twain Ave.
Suite 200
Las Vegas, NV 89135
(702) 870-6060